## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Michael T. Mason | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 648 | **DATE** | 8/14/2008 |
| **CASE TITLE** | USA vs. Mario Lopez-Garay | | |

**DOCKET ENTRY TEXT**

Arrest warrant issued as to Mario Lopez Garay.

| | Courtroom Deputy Initials: | rbf |
|---|---|---|