# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Michael T. Mason | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 648 - 1 | **DATE** | 8/14/2008 |
| **CASE TITLE** | USA vs. Mario Lopez-Garay | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held. Defendant appears in response to arrest on 8/14/08. Defendant informed of his rights. Enter order appointing Mary Judge as counsel for defendant. Defendant waives his right to a detention and preliminary examination hearing. Order defendant bound to the District Court for further proceedings. Defendant shall remain in federal custody pending trial or further order of the Court.

Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | rbf |
|---|---|---|

U.S. DISTRICT COURT
CLERK'S
2008 AUG 15 AM 7:49
FILED-EDL