UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**JUDGE MANNING**

FILED
AUG 2 7 2008
Aug. 27, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) No. 08 CR 648 |
| vs. | ) |
| | ) Violation: Title 8, United States Code, |
| MARIO LOPEZ-GARAY | ) Sections 1326(a) and (b)(2); and Title 6, |
| | ) United States Code, Section 202(4) |

**MAGISTRATE JUDGE MASON**

The SPECIAL MARCH 2007 GRAND JURY charges:

On or about August 3, 2008, at Bolingbrook, Illinois, in the Northern District of Illinois, Eastern Division,

MARIO LOPEZ-GARAY

defendant herein, an alien who previously had been deported and removed from the United States on or about December 2, 2005, was present and found in the United States without previously having obtained the express consent of the Secretary of the Department of Homeland Security for reapplication by defendant for admission into the United States;

In violation of Title 8, United States Code, Sections 1326(a) and (b)(2); and Title 6, United States Code, Section 202(4).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY