## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | **JUDGE MANNING** | Sitting Judge if Other than Assigned Judge | **Magistrate Judge Nolan** |
|---|---|---|---|
| **CASE NUMBER** | 08-CR-00648 | **DATE** | AUGUST 27, 2008 |
| **CASE TITLE** | US v. MARIO LOPEZ-GARAY    *MAGISTRATE JUDGE MASON* | | |

[In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**MOTION:**

### GRAND JURY PROCEEDING

The Grand Jury for the ____ SPECIAL MARCH 2007 ____ Session, a quorum being present, returns the above-entitled indictment in open Court this date before

Judge or Magistrate Judge ____ *Nan R. Nolan* ____

**DOCKET ENTRY:**

**NO BOND SET. DETAINED BY MAGISTRATE.**

# RECEIVED

AUG 27 2008
Aug. 27, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

SIGNATURE OF JUDGE _____ (ONLY IF FILED
OR MAGISTRATE JUDGE                UNDER SEAL)

| | | | | |
|---|---|---|---|---|
| No notices required, advised in open court. | | | Number of notices | DOCKET# |
| No notices required. | | | Date docketed | |
| Notices mailed by judge's staff. | | | Docketing | |
| Notified counsel by telephone. | | | dpty. initials | |
| Docketing to mail notices | | | Date mailed notice | |
| Mail AO 450 form. | | | Mailing | |
| Copy to judge/magistrate judge. | | | dpty. initials | |
| Courtroom Deputy initials | Date/time received in Central Clerk's office | | | |